UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TAYLOR,<br><br>   Plaintiff,<br><br>  v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-01299-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>(Docs. 2, 5) |

  Plaintiff Christine Taylor, proceeding pro se, initiated this action with the filing of a complaint on October 2, 2025. (Doc. 1). Plaintiff did not pay the Court's filing fee and filed an application to proceed *in forma pauperis* ("IFP"). (Doc. 2).

  The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such [person] possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).

  On October 3, 2025, the Court, finding that the information provided by Plaintiff in her application was insufficient to determine whether she is entitled to proceed without prepayment of fees, directed Plaintiff to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239. (Doc. 3).

  Pending before the Court is Plaintiff's long form IFP application. (Doc. 5). The Court has reviewed the Plaintiff's application and finds Plaintiff has made the showing required by § 1915,

1  and the request to proceed *in forma pauperis* will be granted.  *See* 28 U.S.C. § 1915(a).

2       As to the status of the complaint, pursuant to 28 U.S.C. § 1915(e)(2), the Court is authorized
3  to conduct an initial review of all pro se complaints where the plaintiff proceeds IFP to determine
4  whether the complaint is legally sufficient under the applicable pleading standards.  *See Lopez v.*
5  *Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) ("section 1915(e) applies to all in forma pauperis
6  complaints, not just those filed by prisoners").  The Court must dismiss a complaint, or portion
7  thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a
8  claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune
9  from such relief.  28 U.S.C. § 1915(e)(2).  If the Court determines that the complaint fails to state a
10 claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be
11 cured by amendment.

12      The Court will conduct an initial review of Plaintiff's complaint in due course and advise
13 Plaintiff of the results thereafter.

14 **Conclusion and Order**

15      Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's
16 application to proceed *in forma pauperis* (Docs. 2, 5) is GRANTED.

17 IT IS SO ORDERED.

18 Dated:   **October 22, 2025**

19                                                 UNITED STATES MAGISTRATE JUDGE